# Third District Court of Appeal

## State of Florida

Opinion filed November 4, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-595
Lower Tribunal No. 18-9270
_____

**Steven Athea,**
Appellant,

vs.

**Monica Athea,**
Appellee.

An appeal from a nonfinal order from the Circuit Court for Miami-Dade County, Bernard S. Shapiro, Judge.

Rafool, LLC, and Raymond J. Rafool, for appellant.

Laing & Weicholz, P.L., and Chad R. Laing (Boca Raton), for appellee.

Before FERNANDEZ, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.